**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-00966-REB

DAVID L. HILDEBRAND, an individual,

    Plaintiff,

v.

AUTO ZONE,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Voluntary Dismissal With Prejudice** [#10] filed November 29, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Voluntary Dismissal With Prejudice** [#10] filed November 29, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated November 30, 2010, at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Robert E. Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge